Argued and submitted December 12, 1980, reversed January 26, 1981

In the Matter of Dewey Allen Jackson
alleged to be a mentally retarded person.

## STATE OF OREGON,
*Respondent,*

*v.*

## DEWEY ALLEN JACKSON,
*Appellant.*

(No. 3848, CA 18175)

622 P2d 336

Steve Brischetto, Portland, argued the cause for appellant. With him on the brief was Oregon Developmental Disabilities Advocacy Center, Portland.

Virginia L. Linder, Assistant Attorney General, argued the cause for respondent. With her on the brief were James Brown, Attorney General, John R. McCulloch, Solicitor General, and William F. Gary Deputy Solicitor General, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the record is inadequate to demonstrate that defendant was given proper notice of the allegations against him and that, therefore, the order should be reversed. The state suggests the case should be remanded for further proceedings, but we see no purpose to be served by doing that.

Reversed.